**ZENO B. BAUCUS**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Avenue North, Suite 3200**
**Billings, MT 59101**
**Phone:  (406) 657-6101**
**FAX:  (406) 657-6989**
**E-mail:  zeno.baucus@usdoj.gov**



FILED

AUG 1 8 2022

Clerk, U S District Court
District Of Montana
Billings

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ETHAN ANDREW SCHILLING,**<br><br>**Defendant.** | **CR 22-92 -BLG- SPW**<br><br>**INDICTMENT**<br><br>**DISTRIBUTION OF CHILD PORNOGRAPHY**<br>**Title 18 U.S.C. § 2252(a)(2)**<br>**(Penalty:  Mandatory minimum five years to 20 years of imprisonment, $250,000 fine, five years to lifetime of supervised release, $35,000 special assessment, and $5,000 special assessment)** |

THE GRAND JURY CHARGES:

That on or about March 31, 2022, at Billings, in Yellowstone County, in the

State and District of Montana, the defendant, ETHAN ANDREW SCHILLING,

knowingly distributed a visual depiction using any means of facility of interstate

commerce, including by computer and the internet, and the production of such

visual depiction involved the use of a minor engaging in sexually explicit conduct

and the visual depiction was of such conduct, in violation of 18 U.S.C.

§ 2252(a)(2) and (b).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

JESSE A. LASLOVICH
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

Crim. Summons: Initial Appearance - Billings MT TJC 9/15/22 @ 9:00 am

Warrant: _____

Bail: _____

2